UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DE'ANDRE KENDRICK,

                    Plaintiff,

          -against-                                    25-cv-10024 (LTS)

BARNS & NOBLE BOOK STORE INC., ET                      CIVIL JUDGMENT
AL.,

                    Defendants.

For the reasons stated in the January 7, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

  Dated:    January 8, 2026
            New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                     Chief United States District Judge